# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| In re:<br>Tomycina Alicia Greene,<br><br>    *Debtor(s).* | Case No:  19-30768<br>Chapter:  13 |
|---|---|

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT

**COMES NOW** Debtor, Tomycina Alicia Greene, by and through Anthony B. Bush, Special Counsel and Of Counsel to Brock & Stout, LLC, pursuant to Rule 9019, Fed. R. Bankr. P., and respectfully moves this Honorable Court to approve the compromise and settlement of Debtor's claims against Creditor, Maxine Taylor and Darby Law Firm, LLC ("Creditors"). In support of said motion, Debtor states as follows:

1. On March 20, 2019, Debtor filed a *Voluntary Petition* under Chapter 13, Title 11, of the United States Code, which initiated the instant case.

2. On or around May 25, 2021, Debtor presented a written demand to Maxine Taylor and Darby Law Firm, LLC ("Creditors") and therein alleged violations of one or more of the provisions of 11 U.S.C. § 362(a) and/or of 15 U.S.C. § 1692, *et seq.* ("the Action").

3. To avoid the costs and uncertainty of further litigation, Debtor and Creditors (hereinafter, "the Parties") have negotiated in good faith and reached an agreement and compromise of Debtor's claims against Creditors.

4. The terms of the Parties' agreement have been or will be memorialized in a written document. Without limiting such terms, the Parties' agreement includes payment to Debtor in the amount of $2,500.00 in exchange for a dismissal, *with prejudice*, of all Debtor's claims against Creditors.

1

5. Accordingly, Debtor respectfully seeks this Honorable Court's approval of the compromise and settlement which constitutes, *inter alia*, a full and final compromise and settlement of Debtor's claims against Creditors as set forth in the Action.

6. Debtor proposes to disburse the settlement proceeds of $2,500.00 as follows:

   a. Chapter 13 Trustee: $ 0.00 [1];

   b. Attorney's Fees & Expenses: $ 1,304.40 [2]; and

   c. Debtor: $ 1,195.60 [3].

7. The undersigned counsel understands that he must make application to this Honorable Court for the approval of attorney fees and expenses incurred in prosecuting the Action.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court enter an *Order* granting this *Motion to Approve Compromise and Settlement*.

**RESPECTFULLY SUBMITTED** on July 22, 2021.

/s/ Anthony B. Bush
Anthony Brian Bush

**OF COUNSEL TO BROCK & STOUT, LLC:**
Anthony Brian Bush, Special Counsel
Parliament Place Professional Center
3198 Parliament Circle 302
Phone:      (334) 263-7733
Facsimile:  (334) 832-4390
Email: anthonybbush@yahoo.com

---

[1] This figure represents the non-exempt amount of the settlement proceeds.

[2] This figure is comprised of fees of $ 1,250.00 and expenses of $ 54.40. This figure is contingent upon an *Order* granting the *Application for Attorney Fees and Expenses* that has been or will be filed. Further, as used herein, attorney fees represent the fees as stated within the *Application for Employment of Professional Person for a Specific Purpose* filed and approved by *Order* of this Court.

[3] This figure represents the exempt amount of the settlement proceeds.

abush@bushlegalfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on July 22, 2021, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:
    Broack and Stout, LLC, Bankruptcy Counsel;
    Sabrina L. McKinney, Chapter 13 Standing Trustee;
    Danielle Greco, Bankruptcy Administrator; and
    All Other Parties of Record.

By fax or email:  N/A

By first class mail, postage prepaid and properly addressed:
    Creditors on matrix not otherwise receiving electronic notice

            /s/ Anthony B. Bush
            Of Counsel